# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BERTELL BREAUX** | § | **DOCKET NO. 2:23-cv-04445** |
| | § | |
| | § | |
| **VERSUS** | § | **JUDGE: BARRY W. ASHE** |
| | § | |
| **CENTAURI SPECIALTY** | § | |
| **INSURANCE COMPANY** | § | **MAGISTRATE JUDGE: KAREN** |
| | § | **WELLS ROBY** |

## VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss Without Prejudice for the reasons set forth below.

1. Plaintiff, BERTELL BREAUX initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 25, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Subsequently, Galindo Law and undersigned counsel attempted to contact the multiple times to reach the client via email phone and by US mail. The attempts were unsuccessful.

6. In a last effort to contact the client, Galindo Law visited the last known home address of the Plaintiff November 1, 2023, and November 8, 2023. Upon visiting the last known home address of the Plaintiff, there was no contact with the Plaintiff. As such, undersigned counsel cannot contact the Plaintiff after doing all due diligence.

Accordingly, upon due consideration of the facts and law, Plaintiff wishes to voluntarily dismiss her claim.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim.

Respectfully Submitted,

_____

Chinwe Ndidi Onyenekwu
3850 N. Causeway Blvd.
Ste 1520
Metairie, LA 70002
713-228-3030
chewa@galindolaw.com

Mark Richard Ladd
3850 N. Causeway Blvd.
Ste 1520
Metairie, LA 70002
713-228-3030
Email: mark@galindolaw.com

And

Harry E. Cantrell, Jr.
Louisiana Bar Number:03852
Of Counsel

Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 71 3-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
ATTORNEYS FOR PLAINTIFFS

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, email or by facsimile transmission, January 29, 24.

                         *<u>/s/ Chinwe Ndidi Onyenekwu</u>*
                          Chinwe Ndidi Onyenekwu